DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JANICE TOLSON,**
Appellant,

v.

**JOHN BOYLE,**
Appellee.

No. 4D17-2057

[May 17, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara A. McCarthy, Judge; L.T. Case No. CACE 13-016281 (21).

Justin C. Carlin of The Carlin Law Firm, PLLC, Fort Lauderdale, for appellant.

David A. Hoines of Hoines, Hess & Rose, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***